**B1 (Official Form 1)(04/13)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CROWN POLYMERS, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-4287976** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**11111 Kiley Dr.**<br>**Huntley, IL**<br>ZIP Code **60142** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **11111 Kiley Drive**<br>**Huntley, IL 60142** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                          Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**CROWN POLYMERS, L.L.C.** |
| --- | --- |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| --- | --- | --- |
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |
| --- | --- |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CROWN POLYMERS, L.L.C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Richard G Larsen**
Signature of Attorney for Debtor(s)

 **Richard G Larsen 6193054**
Printed Name of Attorney for Debtor(s)

 **Springer Brown, LLC**
Firm Name

 **400 S. County Farm Road**
 **Suite 330**
 **Wheaton, IL 60187**

Address

 **630-510-0000  Fax: 630-510-0004**
Telephone Number

 **August 22, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Floyd Dimmick**
Signature of Authorized Individual

 **Floyd Dimmick**
Printed Name of Authorized Individual

 **Manager**
Title of Authorized Individual

 **August 22, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

| | | | | |
|---|---|---|---|---|
| In re | **CROWN POLYMERS, L.L.C.** | | Case No. | |
| | | Debtor(s) | Chapter | **11** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A.G. Transportation Systems, Inc. 34 W Official Road Addison, IL 60101 | A.G. Transportation Systems, Inc. 34 W Official Road Addison, IL 60101 | Vendor | | 8,080.00 |
| Ariano Hardy Ritt Nyuli Richmond 2000 McDonald Road Suite 200 South Elgin, IL 60177 | Ariano Hardy Ritt Nyuli Richmond 2000 McDonald Road Suite 200 South Elgin, IL 60177 | Attorneys Fees | | 34,760.02 |
| Calla, LLC 11111 Kiley Drive Huntley, IL 60142 | Calla, LLC 11111 Kiley Drive Huntley, IL 60142 | Lease arrears | | 56,400.00 |
| Chromaflo Tech PO Box 677663 Dallas, TX 75267-7663 | Chromaflo Tech PO Box 677663 Dallas, TX 75267-7663 | Vendor | | 20,984.59 |
| Deborah Dimmick c/o Robert J. Wagner 108 North Walkup Ave Crystal Lake, IL 60014 | Deborah Dimmick c/o Robert J. Wagner 108 North Walkup Ave Crystal Lake, IL 60014 | Note | | 39,000.00 |
| EMCO Chemicals Distributors 8601 95th Street Pleasant Prairie, WI 53158 | EMCO Chemicals Distributors 8601 95th Street Pleasant Prairie, WI 53158 | Vendor | | 263,290.58 |
| Fifth Third Bank 1745 South Eastwood Woodstock, IL 60098 | Fifth Third Bank 1745 South Eastwood Woodstock, IL 60098 | Blanket Lien on all assets | | 477,000.00 (0.00 secured) |
| Fox Valley Containers 150 Prairie Lake Road Unit B Dundee, IL 60118 | Fox Valley Containers 150 Prairie Lake Road Unit B Dundee, IL 60118 | Vendor | | 4,493.99 |
| Illinois Department of Revenue PO Box 19035 Springfield, IL 62794-9035 | Illinois Department of Revenue PO Box 19035 Springfield, IL 62794-9035 | | | 19,845.77 |

B4 (Official Form 4) (12/07) - Cont.

In re    **CROWN POLYMERS, L.L.C.**                                    Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
| Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | Witholding 940/941 2010-2014 | | 100,000.00 |
| JA Frate PO Box 497 Crystal Lake, IL 60039-0497 | JA Frate PO Box 497 Crystal Lake, IL 60039-0497 | Vendor | | 6,211.00 |
| MFC Resources, Inc. One Maynard Drive Park Ridge, NJ 07656 | MFC Resources, Inc. One Maynard Drive Park Ridge, NJ 07656 | Vendor | | 5,759.27 |
| Migliori  Family Truste DAUM Commercial Reat Estate Svc 4400 MacArthur Blvd, 950 Newport Beach, CA 92660 | Migliori  Family Truste DAUM Commercial Reat Estate Svc 4400 MacArthur Blvd, 950 Newport Beach, CA 92660 | Lease on California Property | | 7,442.60 |
| Palmer Hollad PO Box 71-5158 Columbus, OH 43271-5158 | Palmer Hollad PO Box 71-5158 Columbus, OH 43271-5158 | Vendor | | 10,477.37 |
| Quest Building Products, Inc. 1129 North Patt Sy Anaheim, CA 92801 | Quest Building Products, Inc. 1129 North Patt Sy Anaheim, CA 92801 | Judgment | | 46,614.72 |
| Resin Art 201 Old Airport Road Fletcher, NC 28732 | Resin Art 201 Old Airport Road Fletcher, NC 28732 | Vendor | | 8,800.00 |
| Scarinci & Hollenbeck 1100 Valley Brook Ave PO Box 790 Lyndhurst, NJ 07071-0790 | Scarinci & Hollenbeck 1100 Valley Brook Ave PO Box 790 Lyndhurst, NJ 07071-0790 | | | 16,449.34 |
| State of California Board of Equalization PO Box 942874 Sacramento, CA 94279 | State of California Board of Equalization PO Box 942874 Sacramento, CA 94279 | Sales Tax 2013-2014 | | 18,508.64 |
| Tighe, Kress & Orr, PC 2001 Larkin Ave Elgin, IL 60123 | Tighe, Kress & Orr, PC 2001 Larkin Ave Elgin, IL 60123 | Accounting Services | | 30,000.00 |
| UPS Lockbox 577 Carol Stream, IL 60132-0577 | UPS Lockbox 577 Carol Stream, IL 60132-0577 | Vendor | | 4,077.44 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **CROWN POLYMERS, L.L.C.**                                      Case No. _____
                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 22, 2014**                          Signature   **/s/ Floyd Dimmick**
                                                                   **Floyd Dimmick**
                                                                   **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6D (Official Form 6D) (12/07)

In re   **CROWN POLYMERS, L.L.C.**                                      ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **Blanket Lien on all assets** | | | | | |
| **Fifth Third Bank 1745 South Eastwood Woodstock, IL 60098** | | - | | | | | | | | |
| | | | | | Value $                    **0.00** | | | | **477,000.00** | **477,000.00** |
| Account No. | | | | | **Notice Only** | | | | | |
| **Statman Harris & Eyrich LLC 200 West Madison Suite 3820 Chicago, IL 60606** | | - | | | | | | | | |
| | | | | | Value $                    **0.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

_**0**_ continuation sheets attached

| | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|
| Subtotal (Total of this page) | **477,000.00** | **477,000.00** |
| Total (Report on Summary of Schedules) | **477,000.00** | **477,000.00** |

B6E (Official Form 6E) (4/13)

In re    **CROWN POLYMERS, L.L.C.**                                                    Case No. _____
                                                          ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>     1     </u>   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **CROWN POLYMERS, L.L.C.**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | 0.00 | |
| **Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602** | - | | | | | | 0.00 | | 0.00 |
| Account No. **xxx0046** | | | | | | | | 2,109.51 | |
| **Illinois Department of Revenue PO Box 19035 Springfield, IL 62794-9035** | - | | | | | | 2,109.51 | | 0.00 |
| Account No. **xx0348** | | | | | | | | 19,845.77 | |
| **Illinois Department of Revenue PO Box 19035 Springfield, IL 62794-9035** | - | | | | | | 19,845.77 | | 0.00 |
| Account No. | | | Witholding 940/941 2010-2014 | | | | | 100,000.00 | |
| **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | 100,000.00 | | 0.00 |
| Account No. | | | Sales Tax 2013-2014 | | | | | 18,508.64 | |
| **State of California Board of Equalization PO Box 942874 Sacramento, CA 94279** | - | | | | | | 18,508.64 | | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 140,463.92 | 140,463.92 |
| | | 0.00 |
| Total (Report on Summary of Schedules) | 140,463.92 | 140,463.92 |
| | | 0.00 |

B6F (Official Form 6F) (12/07)

In re   **CROWN POLYMERS, L.L.C.**                         ,       Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A.G. Transportation Systems, Inc.**<br>**34 W Official Road**<br>**Addison, IL 60101** | - | | Vendor | | | | 8,080.00 |
| Account No.<br><br>**Abacus Scale Co.**<br>**1640 W. Pershing Road**<br>**Chicago, IL 60609** | | | Vendor | | | | 433.00 |
| Account No.<br><br>**Abset Scale Company**<br>**PO Box 3735**<br>**Lisle, IL 60532-8735** | - | | Vendor | | | | 760.00 |
| Account No.<br><br>**Albion**<br>**1250 N. Church Street**<br>**Moorestown, NJ 08057-1102** | - | | Vendor | | | | 49.89 |

  **14**   continuation sheets attached                                        Subtotal
(Total of this page)      **9,322.89**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          S/N:33434-140702   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **CROWN POLYMERS, L.L.C.**                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Alexander Lumber**<br>**PO Box 2307**<br>**Crystal Lake, IL 60039** | - | | | | | | 305.63 |
| Account No. | | | Vendor | | | | |
| **Allied Waste Management**<br>**PO Box 9001154**<br>**Louisville, KY 40290-1154** | - | | | | | | 1,674.08 |
| Account No. | | | Vendor | | | | |
| **Ally Transportation Inc.**<br>**34 W Official Road**<br>**Addison, IL 60101** | - | | | | | | 102.80 |
| Account No. | | | Vendor | | | | |
| **Alternative Coating**<br>**32361 Calle Resaca**<br>**Temecula, CA 92592** | - | | | | | | 59.36 |
| Account No. | | | Vendor | | | | |
| **AM PM Plumbing Group Inc.**<br>**35537 Bryce Rd**<br>**Winchester, CA 92596** | - | | | | | | 100.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,241.87

B6F (Official Form 6F) (12/07) - Cont.

In re    **CROWN POLYMERS, L.L.C.**                                      ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Vendor | | | | |
| **April Landscape** **PO Box 593** **Carpentersville, IL 60110** | | - | | | | | | 900.00 |
| Account No. | | | | Attorneys Fees | | | | |
| **Ariano Hardy Ritt Nyuli Richmond** **2000 McDonald Road** **Suite 200** **South Elgin, IL 60177** | | - | | | | | | 34,760.02 |
| Account No. | | | | Vendor | | | | |
| **At&T Mobile** **PO Box 6463** **Carol Stream, IL 60197-6463** | | - | | | | | | 306.30 |
| Account No. | | | | Vendor | | | | |
| **Black Lab Corp** **PO Box 73656** **Cleveland, OH 44193** | | - | | | | | | 2,196.45 |
| Account No. | | | | Vendor | | | | |
| **Calip One Weighing & Inventory** **PO Box 913** **Mundelein, IL 60060** | | - | | | | | | 233.55 |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    38,396.32

B6F (Official Form 6F) (12/07) - Cont.

In re   **CROWN POLYMERS, L.L.C.**                                          ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lease arrears | | | | |
| Calla, LLC 11111 Kiley Drive Huntley, IL 60142 | - | | | | | | | 56,400.00 |
| Account No. | | | | Vendor | | | | |
| CDS Office Technologies PO Box 3566 Springfield, IL 62708-3566 | - | | | | | | | 220.50 |
| Account No. | | | | Vendor | | | | |
| Chavez Landscaping 10610 Phillip Drive Huntley, IL 60142 | - | | | | | | | 1,250.00 |
| Account No. | | | | Vendor | | | | |
| Chem-Materials Company 16600 Sprague Rd Suite 320 Cleveland, OH 44130 | - | | | | | | | 2,358.00 |
| Account No. | | | | Vendor | | | | |
| Chidley & Peto Company Po Box 309 Itasca, IL | - | | | | | | | 1,477.01 |

Sheet no. __3___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,705.51

B6F (Official Form 6F) (12/07) - Cont.

In re   **CROWN POLYMERS, L.L.C.** ,   Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Vendor | | | | | | |
| Chromaflo Tech PO Box 677663 Dallas, TX 75267-7663 | - | | | | | | | 20,984.59 |
| Account No. | | Vendor | | | | | | |
| Compliance Signs 56 South Main Street Chadwick, IL 61014-9425 | - | | | | | | | 51.60 |
| Account No. | | Vendor | | | | | | |
| CR&R Incorporated PO Box 7193 Pasadena, CA 91109-7183 | - | | | | | | | 657.47 |
| Account No. | | Vendor | | | | | | |
| CSI PO Box 758789 Baltimore, MD 21275-8789 | - | | | | | | | 370.00 |
| Account No. | | Vendor | | | | | | |
| Cygnus Business Media PO Box 689528 Chicago, IL 60695-9528 | - | | | | | | | 2,475.00 |

Sheet no. __4___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **24,538.66**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CROWN POLYMERS, L.L.C.** _____,      Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Dayton Freight** PO Box 340 Vandalia, OH 45377 | - | | Vendor | | | | 63.44 |
| Account No.  **Deborah Dimmick** c/o Robert J. Wagner 108 North Walkup Ave Crystal Lake, IL 60014 | - | | Note | | | | 39,000.00 |
| Account No.  **Donway Freight** PO Box 5160 Portland, OR 97208-5160 | - | | Vendor | | | | 357.88 |
| Account No.  **EMCO Chemicals Distributors** 8601 95th Street Pleasant Prairie, WI 53158 | - | | Vendor | | | | 263,290.58 |
| Account No.  **Estes** 182 Fairfield Road Fairfield, NJ 07004 | - | | Vendor | | | | 3,973.00 |

Sheet no. __5__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**306,684.90**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CROWN POLYMERS, L.L.C.** _____ ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**First Comp**<br>**Po Box 650028**<br>**Dallas, TX 75265-0028** | | - | | Vendor | | | | 1,127.00 |
| Account No.<br><br>**First Insurance Funding Corp**<br>**Po Box 66468**<br>**Chicago, IL 60666-0468** | | - | | Vendor | | | | 1,719.19 |
| Account No.<br><br>**Fox Valley Containers**<br>**150 Prairie Lake Road**<br>**Unit B**<br>**Dundee, IL 60118** | | - | | Vendor | | | | 4,493.99 |
| Account No.<br><br>**Fox Valley Fire & Safety**<br>**2730 Pinnacle Dr**<br>**Elgin, IL 60124** | | - | | Vendor | | | | 1,380.15 |
| Account No.<br><br>**Fox Valley Security Systems Inc.**<br>**30 N Airlite**<br>**Elgin, IL 60123** | | - | | Vendor | | | | 912.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **9,632.33**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CROWN POLYMERS, L.L.C.**                                                    ,        Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.                                                                                        Freeman Po Box 650036 Dallas, TX 75265-0036 | | - | | Vendor | | | | 988.80 |
| Account No.                                                                                        Globaltranz Enterprises, Inc. PO Box 203285 | | - | | Vendor | | | | 1,833.06 |
| Account No.                                                                                        Graphika Creative Po Box 304 Huntley, IL 60142 | | - | | Vendor | | | | 150.00 |
| Account No.                                                                                        Group C Media, Inc. 44 Apple Street Suite 3 Eatontown, NJ 07724 | | - | | Vendro | | | | 800.00 |
| Account No.                                                                                        Healthcare Service Corp 25550 Network Place Chicago, IL 60673-1255 | | - | | Vendor | | | | 1,194.78 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **4,966.64**

B6F (Official Form 6F) (12/07) - Cont.

In re  **CROWN POLYMERS, L.L.C.**                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | Vendor | | | | | | |
| Hinckley Springs Po Box 660579 Dallas, TX 75266-0579 | - | | | | | | | 94.04 |
| Account No. | | | | | | | | |
| Humana Inc. PO Box 533 Carol Stream, IL 60132 | - | | | | | | | Unknown |
| Account No. | | Vendor | | | | | | |
| Hundt Reporting 6500 Greenville Ave Dallas, TX 75206 | - | | | | | | | 2,340.59 |
| Account No. | | Vendor | | | | | | |
| Infotrac 200 North Palmetto St Leesburg, FL 34748 | - | | | | | | | 650.58 |
| Account No. | | Vendor | | | | | | |
| JA Frate PO Box 497 Crystal Lake, IL 60039-0497 | - | | | | | | | 6,211.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,296.21

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **CROWN POLYMERS, L.L.C.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Vendor | | | | | | |
| JobGiraffe 75 Remmittance Dr Suite 1499 Chicago, IL 60675-1499 | - | | | | | | | 2,500.00 |
| Account No. | | Vendor | | | | | | |
| Kenrich Petrochemicals, Inc. 140 East 22nd Streeet PO Box 32 Bayonne, NJ 07002-0032 | - | | | | | | | 57.21 |
| Account No. | | Vendor | | | | | | |
| Leading Edge Protection PO Box 1504 San Marcos, CA 92079 | - | | | | | | | 264.00 |
| Account No. | | Vendor | | | | | | |
| LegalLink, Inc. Po Box 277951 Atlanta, GA 30384 | - | | | | | | | 1,872.06 |
| Account No. | | Vendor | | | | | | |
| MDC Environmental Services PO Box 553915 Detroit, MI 48255-3915 | - | | | | | | | 144.40 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              4,837.67

B6F (Official Form 6F) (12/07) - Cont.

In re    **CROWN POLYMERS, L.L.C.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Vendor | | | | |
| Meyer Steel Drum, Inc. 3201 South Millard Street Chicago, IL 60623-5028 | - | | | | | | | 400.00 |
| Account No. | | | | Vendor | | | | |
| MFC Resources, Inc. One Maynard Drive Park Ridge, NJ 07656 | - | | | | | | | 5,759.27 |
| Account No. | | | | Vendor | | | | |
| Midwest Rake PO Box 1674 Warsaw, IN 46581-1674 | - | | | | | | | 258.61 |
| Account No. | | | | Lease on California Property | | | | |
| Migliori  Family Truste DAUM Commercial Reat Estate Svc 4400 MacArthur Blvd, 950 Newport Beach, CA 92660 | - | | | | | | | 7,442.60 |
| Account No. | | | | Vendor | | | | |
| Nexeo 62190 Collections Center Drive Chicago, IL 60693-0621 | - | | | | | | | 67.95 |

Sheet no. __10__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,928.43**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CROWN POLYMERS, L.L.C.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Nicor Gas PO Box 632 Aurora, IL 60507 | - | | | | | | **Unknown** |
| Account No. | | | Vendor | | | | |
| Palmer Hollad PO Box 71-5158 Columbus, OH 43271-5158 | - | | | | | | **10,477.37** |
| Account No. | | | | | | | |
| Pitney Bowes PO Box 371887 Pittsburgh, PA 15250-7887 | - | | | | | | **1,189.22** |
| Account No. | | | Vendor | | | | |
| PolyGem, Inc. PO Box 609 West Chicago, IL 60186 | - | | | | | | **428.00** |
| Account No. | | | Judgment | | | | |
| Quest Building Products, Inc. 1129 North Patt Sy Anaheim, CA 92801 | - | | | | | | **46,614.72** |

Sheet no. __11__ of __14__ sheets attached to Schedule of                    Subtotal                       | **58,709.31** |
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **CROWN POLYMERS, L.L.C.** _____ ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **Resin Art** **201 Old Airport Road** **Fletcher, NC 28732** | - | | | | | | 8,800.00 |
| Account No. | | | | | | | |
| **Scarinci & Hollenbeck** **1100 Valley Brook Ave** **PO Box 790** **Lyndhurst, NJ 07071-0790** | - | | | | | | 16,449.34 |
| Account No. | | | Vendor | | | | |
| **Simply Clean** **PO Box 1073** **Huntley, IL 60142** | - | | | | | | 600.00 |
| Account No. | | | | | | | |
| **Southern California Edison** **PO Box 300** **Rosemead, CA 91772-0001** | - | | | | | | 172.87 |
| Account No. | | | Vendor | | | | |
| **Suburban Propane** **4010 US Hwy 14** **Crystal Lake, IL 60014-8299** | - | | | | | | 813.49 |

| Sheet no. __12__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 26,835.70 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **CROWN POLYMERS, L.L.C.**                                      ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| **The Brush Man**<br>**802 W Hickory**<br>**Mahomet, IL 61853** | - | | | | | | 141.05 |
| Account No. | | | Vendor | | | | |
| **Thinnes Transport Inc.**<br>**Po Box 129**<br>**Algonquin, IL 60102** | - | | | | | | 3,572.61 |
| Account No. | | | Accounting Services | | | | |
| **Tighe, Kress & Orr, PC**<br>**2001 Larkin Ave**<br>**Elgin, IL 60123** | - | | | | | | 30,000.00 |
| Account No. | | | | | | | |
| **UPS**<br>**LockBox 577**<br>**Carol Stream, IL 60132** | - | | | | | | 820.69 |
| Account No. | | | | | | | |
| **UPS**<br>**28013 Network Place**<br>**Chicago, IL 60673-1280** | - | | | | | | 1,173.30 |

Sheet no. __13__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,707.65

B6F (Official Form 6F) (12/07) - Cont.

In re   **CROWN POLYMERS, L.L.C.** _____ ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Vendor | | | | | | |
| UPS Lockbox 577 Carol Stream, IL 60132-0577 | - | | | | | | | 4,077.44 |
| Account No. | | Vendor | | | | | | |
| USF Holland 27052 Network Place Chicago, IL 60673-1270 | - | | | | | | | 458.23 |
| Account No. | | | | | | | | |
| Village of Huntley 10987 Main Street Huntley, IL 60142 | - | | | | | | | 260.00 |
| Account No. | | Vendor | | | | | | |
| W Smith Cartage Co 7013 Sands Road Crystal Lake, IL 60014 | - | | | | | | | 826.43 |
| Account No. | | Vendor | | | | | | |
| Wesley Enterprises PO Box 1686 Bloomington, IL 61702 | - | | | | | | | 120.93 |

| | | |
|---|---|---|
| Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 5,743.03 |
| | Total (Report on Summary of Schedules) | 612,547.12 |

# United States Bankruptcy Court
### Northern District of Illinois

In re    **CROWN POLYMERS, L.L.C.** _____    Case No. _____
                                    Debtor(s)    Chapter    **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **10,000.00** |
    | Prior to the filing of this statement I have received | $ | **10,000.00** |
    | Balance Due | $ | **0.00** |

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **August 22, 2014** _____          **/s/ Richard G Larsen** _____
                                                                     **Richard G Larsen**
                                                                     **Springer Brown, LLC**
                                                                     **400 S. County Farm Road**
                                                                     **Suite 330**
                                                                     **Wheaton, IL 60187**
                                                                     **630-510-0000  Fax: 630-510-0004**

---

# FEE AGREEMENT

## (CHAPTER 11 REORGANIZATION)

CROWN POLYMERS, LLC. (hereinafter referred to as "Client"), hereby retains RICHARD G. LARSEN, and the firm of SPRINGER BROWN, LLC (hereinafter referred to as "Attorney"), to represent it for the purpose of preparing for and commencing a case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in accordance with the following terms and conditions:

**RETAINER:** Client agrees to pay a retainer to Attorney in the amount of $10,000.00. Such retainer is to be paid to Attorney as advance payment of fees, shall be non-refundable, and may be immediately applied against bills and expenses by Attorney. Such retainer is in no way to be construed as a security deposit or as collateral against future payment.

Initial Costs include filing fees in the amount of $1,717.00.

The Retainer and Initial Costs must be paid in full before the Attorney is required to file the Petition and other documentation necessary to commence the Chapter 11 case.

**SERVICES:** The services to be provided by counsel are as follows:

1. Preparation of the Petition, Schedules, Statement of Affairs, and such lists, matrices and Exhibits as may be appropriate to commence the Chapter 11 case.

2. Consulting with and advising client concerning legal rights and obligations under Chapter 11, including the filing of appropriate operating reports.

3. Attendance with Client at the meeting of creditors, and any adjournments thereof.

4. Review of all executory contracts, and representation with respect to the assumption or rejection of such contracts.

5. Negotiation and preparation of a Plan of Reorganization and Disclosure Statement, and representation of Client throughout the process of confirmation of such Plan.

6. Representation of Client with respect to the enforcement of the Automatic Stay and all applications for relief therefrom.

7. Representation of Client with respect to negotiation of adequate protection and cash collateral orders, if appropriate.

8. Retention and compensation of appropriate professionals.

Client acknowledges that Attorney shall not be required to undertake any action on behalf of Client unless Attorney agrees that the action is in the best interest of Client and the action is proper pursuant to the applicable statutes and Rules of Court.

The word Client as used herein shall be deemed to include the singular and plural, feminine and masculine gender as the case may be and all pronouns shall be similarly construed.

Client may terminate this agreement at any time, for the purpose of retaining another attorney to represent it or otherwise; and Client should feel free to discuss fees and expenses with Attorney as the case progresses. Client agrees to advise Attorney in writing of any such termination, and to pay any fees and costs outstanding at that time.

**CLIENT ACKNOWLEDGES THAT HE HAS RECEIVED A FULLY EXECUTED COPY OF THIS AGREEMENT AND THAT HE HAS READ, UNDERSTANDS AND AGREES TO THIS AGREEMENT.**

ATTORNEY:

Richard G. Larsen, individually and
On behalf of Springer Brown,

Date 7/28/14

CLIENT:

CROWN POLYMERS, LLC.

By: _____ mgr.
Authorized Representative

Date: 7-28-14

**FEES AND BILLING:** Client understands and acknowledges that the Attorney's fees charged in this matter shall be in accordance with the Schedule of Fees attached hereto and incorporated herein (in the event this legal matter extends beyond one year and an hourly rate applies, the hourly rate will thereafter change to Attorney's usual and customary hourly rate thereafter for all services rendered, in addition to reimbursing Attorney for all out of pocket costs incurred such as, but not limited to, Court costs, Sheriff's fees, messenger fees, cost of transcripts, expert witness fees, private investigator's fees, other witness fees, overnight mail, photocopies, postage, etc. NOTE: the hourly rate applies to telephone calls, letters and meetings between the Attorney and Client.

Client agrees to pay Attorney all fees billed which shall be credited against the final bill for fees and costs, Client further agrees to pay such interim bills if applicable as shall be submitted by Attorney during the course of this matter and to pay them and the final bill, if any, within thirty (30) days of the rendering of same. Client understands and agrees that in the event any interim bill is not paid, Attorney may withdraw from the matter or matters upon which they are representing Client. In the event legal action is necessary to collect any sums due from Client, Attorney may add to any balance due a reasonable attorneys' fee and Court costs for the collection of same.

A statement of time expended and fees and costs incurred are kept and will be provided to Client from time to time if requested or in monthly statements sent to Client, depending on the activity of Client's file.

In the event Client fail to make any payment required within fourteen (14) days after it is requested, or to cooperate with Attorney as stated below, Client agree that Attorney will have the right to cease work on the case and to apply to the Court to withdraw as Client's attorney in the matter.


**CLIENT RESPONSIBILITIES:**

It is the responsibility of Client to provide timely and complete, accurate, up-to-date information regarding Client's assets and liabilities, and all other matters set forth in the Schedules, Statement of Affairs, Operating Reports, and Disclosure Statement. Client further agrees to immediately instruct Client's accountants, attorneys, consultants and employees to cooperate with Attorney and provide them with any such information as Attorney requests.

It will be necessary for Attorney to communicate with Client from time to time as Client's matter progresses, and to take such action as the circumstances may warrant in the event of any change in Client's situation. Therefore, Client should be sure that all times we know where Client can be reached, i.e., Client must provide any changes in Client's phone number and/or address. Client further agrees to respond to any communications from Attorney promptly and without delay

Attorney agrees to diligently perform the agreed services and faithfully pursue the interests of Client. **NO RESULTS ARE GUARANTEED.**

**SPRINGER BROWN, LLC**

**2014 ATTORNEY HOURLY BILLING RATES:**

| | |
|---|---|
| David R. Brown | $425.00 |
| Thomas E. Springer | $400.00 |
| Elizabeth Anne Bates | $400.00 |
| Richard G. Larsen | $350.00 |
| John H. Squires | $450.00 |
| Michelle M. Springer | $305.00 |

.

A.G. Transportation Systems, Inc.
34 W Official Road
Addison, IL 60101


Abacus Scale Co.
1640 W. Pershing Road
Chicago, IL 60609


Abset Scale Company
PO Box 3735
Lisle, IL 60532-8735


Albion
1250 N. Church Street
Moorestown, NJ 08057-1102


Alexander Lumber
PO Box 2307
Crystal Lake, IL 60039


Allied Waste Management
PO Box 9001154
Louisville, KY 40290-1154


Ally Transportation Inc.
34 W Official Road
Addison, IL 60101


Alternative Coating
32361 Calle Resaca
Temecula, CA 92592


AM PM Plumbing Group Inc.
35537 Bryce Rd
Winchester, CA 92596


April Landscape
PO Box 593
Carpentersville, IL 60110


Ariano Hardy Ritt Nyuli Richmond
2000 McDonald Road
Suite 200
South Elgin, IL 60177

At&T Mobile
PO Box 6463
Carol Stream, IL 60197-6463


Barry A. Springer, P.C.
4709 W. Golf Road
Suite 475
Skokie, IL 60076


Black Lab Corp
PO Box 73656
Cleveland, OH 44193


Calla, LLC
11111 Kiley Drive
Huntley, IL 60142


Calla, LLC
11111 Kiley Drive
Huntley, IL 60142


CDS Office Technologies
PO Box 3566
Springfield, IL 62708-3566


Cesare Giovannoni


Chavez Landscaping
10610 Phillip Drive
Huntley, IL 60142


Chem-Materials Company
16600 Sprague Rd
Suite 320
Cleveland, OH 44130


Chidley & Peto Company
Po Box 309
Itasca, IL


Chromaflo Tech
PO Box 677663
Dallas, TX 75267-7663

Compliance Signs
56 South Main Street
Chadwick, IL 61014-9425


CR&R Incorporated
PO Box 7193
Pasadena, CA 91109-7183


CSI
PO Box 758789
Baltimore, MD 21275-8789


Cygnus Business Media
PO Box 689528
Chicago, IL 60695-9528


Dayton Freight
PO Box 340
Vandalia, OH 45377


Deborah Dimmick
c/o Robert J. Wagner
108 North Walkup Ave
Crystal Lake, IL 60014


Donway Freight
PO Box 5160
Portland, OR 97208-5160


EMCO Chemicals Distributors
8601 95th Street
Pleasant Prairie, WI 53158


Estes
182 Fairfield Road
Fairfield, NJ 07004


Fifth Third Bank
1745 South Eastwood
Woodstock, IL 60098


First Comp
Po Box 650028
Dallas, TX 75265-0028

First Insurance Funding Corp
Po Box 66468
Chicago, IL 60666-0468

Floyd Dimmick
10806 Ballard Road
Woodstock, IL 60098

Fox Valley Containers
150 Prairie Lake Road
Unit B
Dundee, IL 60118

Fox Valley Fire & Safety
2730 Pinnacle Dr
Elgin, IL 60124

Fox Valley Security Systems Inc.
30 N Airlite
Elgin, IL 60123

Freeman
Po Box 650036
Dallas, TX 75265-0036

Globaltranz Enterprises, Inc.
PO Box 203285

Graphika Creative
Po Box 304
Huntley, IL 60142

Group C Media, Inc.
44 Apple Street
Suite 3
Eatontown, NJ 07724

Healthcare Service Corp
25550 Network Place
Chicago, IL 60673-1255

Hinckley Springs
Po Box 660579
Dallas, TX 75266-0579

Humana Inc.
PO Box 533
Carol Stream, IL 60132


Hundt Reporting
6500 Greenville Ave
Dallas, TX 75206


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035


Infotrac
200 North Palmetto St
Leesburg, FL 34748


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


JA Frate
PO Box 497
Crystal Lake, IL 60039-0497


JobGiraffe
75 Remmittance Dr
Suite 1499
Chicago, IL 60675-1499


Kenrich Petrochemicals, Inc.
140 East 22nd Streeet
PO Box 32
Bayonne, NJ 07002-0032

Leading Edge Protection
PO Box 1504
San Marcos, CA 92079


LegalLink, Inc.
Po Box 277951
Atlanta, GA 30384


MDC Environmental Services
PO Box 553915
Detroit, MI 48255-3915


Meyer Steel Drum, Inc.
3201 South Millard Street
Chicago, IL 60623-5028


MFC Resources, Inc.
One Maynard Drive
Park Ridge, NJ 07656


Michael W. Pinsof, P.C.
191 Waukegan Road
Suite 305
Winnetka, IL 60093


Midwest Rake
PO Box 1674
Warsaw, IN 46581-1674


Migliori  Family Truste
DAUM Commercial Reat Estate Svc
4400 MacArthur Blvd, 950
Newport Beach, CA 92660


Migliori Trust
4400 MacArthur Blvd
Suite 950
Newport Beach, CA 92660


Nexeo
62190 Collections Center Drive
Chicago, IL 60693-0621

Nicor Gas
PO Box 632
Aurora, IL 60507


Palmer Hollad
PO Box 71-5158
Columbus, OH 43271-5158


Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7887


PolyGem, Inc.
PO Box 609
West Chicago, IL 60186


Quest Building Products, Inc.
1129 North Patt Sy
Anaheim, CA 92801


Resin Art
201 Old Airport Road
Fletcher, NC 28732


Scarinci & Hollenbeck
1100 Valley Brook Ave
PO Box 790
Lyndhurst, NJ 07071-0790


Simply Clean
PO Box 1073
Huntley, IL 60142


Southern California Edison
PO Box 300
Rosemead, CA 91772-0001


State of California
Board of Equalization
PO Box 942874
Sacramento, CA 94279

Statman Harris & Eyrich LLC
200 West Madison
Suite 3820
Chicago, IL 60606


Statman Harris & Eyrich LLC
200 West Madison
Suite 3820
Chicago, IL 60606


Suburban Propane
4010 US Hwy 14
Crystal Lake, IL 60014-8299


The Brush Man
802 W Hickory
Mahomet, IL 61853


Thinnes Transport Inc.
Po Box 129
Algonquin, IL 60102


Tighe, Kress & Orr, PC
2001 Larkin Ave
Elgin, IL 60123


UPS
LockBox 577
Carol Stream, IL 60132


UPS
28013 Network Place
Chicago, IL 60673-1280


UPS Lockbox 577
Carol Stream, IL 60132-0577


USF Holland
27052 Network Place
Chicago, IL 60673-1270


Village of Huntley
10987 Main Street
Huntley, IL 60142

Vinicio Tresin
417 Forest Lane
Schaumburg, IL 60193


W Smith Cartage Co
7013 Sands Road
Crystal Lake, IL 60014


Wesley Enterprises
PO Box 1686
Bloomington, IL 61702

# United States Bankruptcy Court
## Northern District of Illinois

In re    **CROWN POLYMERS, L.L.C.**

Debtor(s)

Case No.
Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **CROWN POLYMERS, L.L.C.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 22, 2014**

Date

**/s/ Richard G Larsen**

**Richard G Larsen**

Signature of Attorney or Litigant

Counsel for    **CROWN POLYMERS, L.L.C.**

**Springer Brown, LLC**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**