UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:  )   BK No.:  14-82603
CROWN POLYMERS, L.L.C.,  )
)   Chapter: 11
)   Honorable Thomas M. Lynch
)
)
Debtor(s)  )

## ORDER APPROVING ON A FINAL BASIS THE
## THIRD AMENDED DISCLOSURE STATEMENT

The hearing on the Third Amended Disclosure Statement ("Disclosure Statement") (docket #121) jointly proposed by Crown Polymers, L.L.C., the debtor and debtor herein ("Debtor") and Crown Polymers Corporation, a Nevada Corporation ("Polymers Corporation") was held on July 15, 2015 before the Honorable Thomas M. Lynch, United States Bankruptcy Judge. Unless otherwise noted, all capitalized terms in this Order shall have the meaning as set forth in the Disclosure Statement.

After consideration of:

1. The Disclosure Statement (docket #121);

2. The Brief in Support of Confirmation of the Combined Third Amended Disclosure Statement and Chapter 11 Plan (docket #145), the Declarations of Floyd Dimmick (docket #148) and Leonard M. Shulman (docket #147) in support;

3. The Certificate of Service (docket #123) regarding Order and Notice of Hearing on Adequacy of Disclosure Statement and Confirmation of Plan and Fixing Time for Filing Objections, Acceptances or Rejections of the Plan Combined with Notice Thereof; and

4. The records and files in this Chapter 11 Case.

And for the reasons set forth on the record at the hearing, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Disclosure Statement (docket #121) is approved on a final basis.

Enter:

Dated:    JUL 17 2015

United States Bankruptcy Judge

**Prepared by:**
Richard G. Larsen
SPRINGER BROWN, LLC

Rev: 20130104_bko

400 S. County Farm Rd. Suite 330
Wheaton, Illinois 60187
Telephone: 630-510-0000
Facsimile: 630-510-0004
Email: rlarsen@springerbrown.com
Attorneys for Crown Polymers, L.L.C.,
the Debtor and Debtor in Possession

- and -

Leonard M. Shulman
SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: 949-340-3400
Facsimile: 949-340-3000
Email: lshulman@shbllp.com

Attorneys for Crown Polymers Corporation, a Nevada
Corporation