IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 14-82603 |
| Crown Polymers, LLC, | ) | | |
| | ) | Judge: | Hon. Thomas M. Lynch |
| | ) | | |
| Debtor. | ) | | |

### Notice of Second and Final Fee Application of Counsel For Debtor For Allowance of Compensation and Reimbursement of Expenses

TO:  See Attached Service List
     Clerk of the U.S. Bankruptcy Court, 327 S. Church Street, Rockford, IL 61101
     U.S. Trustee, 780 Regent Street, Suite 304, Madison, WI 53715-2635 (ECF)

Please take notice that on the **19th day of August, 2015 at 10:30 a.m.**, Richard G. Larsen of the firm of Springer Brown, LLC shall appear before the **Honorable Judge Lynch** or any judge sitting in his stead, 327 S. Church Street, Courtroom 3100, Rockford, Illinois, and present Debtor's *Motion for Second Interim Fee Application of Counsel for Debtor For Allowance of Compensation and Reimbursement of Expenses*.

                                    /s/ Richard G. Larsen /s/
                                    One of the Attorneys

Richard G. Larsen
Springer Brown, LLC
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
630-510-0000

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Wheaton, Illinois on or before this 29th day of July, 2015.

                                    /s/   Richard   G.   Larsen   /s/

1

Service List
Crown Polymers, LLC

A.G. Transportation Systems, Inc.
34 W Official Road
Addison, IL 60101

Abacus Scale Co.
1640 W. Pershing Road
Chicago, IL 60609

Abset Scale Company
PO Box 3735
Lisle, IL 60532-8735

Albion
1250 N. Church Street
Moorestown, NJ 08057-1102

Alexander Lumber
PO Box 2307
Crystal Lake, IL 60039

Allied Waste Management
PO Box 9001154
Louisville, KY 40290-1154

Ally Transportation Inc.
34 W Official Road
Addison, IL 60101

Alternative Coating
32361 Calle Resaca
Temecula, CA 92592

AM PM Plumbing Group Inc.
35537 Bryce Rd
Winchester, CA 92596

April Landscape
PO Box 593
Carpentersville, IL 60110

Ariano Hardy Ritt Nyuli Richmond
2000 McDonald Road
Suite 200
South Elgin, IL 60177

At&T Mobile
PO Box 6463
Carol Stream, IL 60197-6463

Barry A. Springer, P.C.
4709 W. Golf Road
Suite 475
Skokie, IL 60076

Black Lab Corp
PO Box 73656
Cleveland, OH 44193

Calla, LLC
11111 Kiley Drive
Huntley, IL 60142

Calla, LLC
11111 Kiley Drive
Huntley, IL 60142

Cardinal Color, Inc.
c/o Stein & Rotman
77 S. Washington St.
Chicago, IL 60602

CDS Office Technologies
PO Box 3566
Springfield, IL 62708-3566

Cesare Giovannoni
Via Dante 303,
45023 Cosfadi
Rovigo
Italy

Chavez Landscaping
10610 Phillip Drive
Huntley, IL 60142

Chem-Materials Company
16600 Sprague Rd
Suite 320
Cleveland, OH 44130

Chidley & Peto Company
Po Box 309
Itasca, IL

Chromaflo Tech
PO Box 677663
Dallas, TX 75267-7663

Compliance Signs
56 South Main Street
Chadwick, IL 61014-9425

CR&R Incorporated
PO Box 7193
Pasadena, CA 91109-7183

CSI
PO Box 758789
Baltimore, MD 21275-8789

Cygnus Business Media
PO Box 689528
Chicago, IL 60695-9528

Dayton Freight
PO Box 340
Vandalia, OH 45377

Deborah Dimmick
c/o Robert J. Wagner
108 North Walkup Ave
Crystal Lake, IL 60014

Donway Freight
PO Box 5160
Portland, OR 97208-5160

| | | |
|---|---|---|
| EMCO Chemicals Distributors<br>8601 95th Street<br>Pleasant Prairie, WI 53158 | Estes<br>182 Fairfield Road<br>Fairfield, NJ 07004 | Fifth Third Bank<br>1745 South Eastwood<br>Woodstock, IL 60098 |
| First Comp<br>Po Box 650028<br>Dallas, TX 75265-0028 | First Insurance Funding Corp<br>Po Box 66468<br>Chicago, IL 60666-0468 | Floyd Dimmick<br>10806 Ballard Road<br>Woodstock, IL 60098 |
| Fox Valley Containers<br>150 Prairie Lake Road<br>Unit B<br>Dundee, IL 60118 | Fox Valley Fire & Safety<br>2730 Pinnacle Dr<br>Elgin, IL 60124 | Fox Valley Security Systems Inc.<br>30 N Airlite<br>Elgin, IL 60123 |
| Freeman<br>Po Box 650036<br>Dallas, TX 75265-0036 | Globaltranz Enterprises, Inc.<br>PO Box 203285 | Graphika Creative<br>Po Box 304<br>Huntley, IL 60142 |
| Group C Media, Inc.<br>44 Apple Street<br>Suite 3<br>Eatontown, NJ 07724 | Healthcare Service Corp<br>25550 Network Place<br>Chicago, IL 60673-1255 | Hinckley Springs<br>Po Box 660579<br>Dallas, TX 75266-0579 |
| Humana Inc.<br>PO Box 533<br>Carol Stream, IL 60132 | Hundt Reporting<br>6500 Greenville Ave<br>Dallas, TX 75206 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph Street<br>Chicago, IL 60602 |
| Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794-9035 | Infotrac<br>200 North Palmetto St<br>Leesburg, FL 34748 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JA Frate<br>PO Box 497<br>Crystal Lake, IL 60039-0497 | JobGiraffe<br>75 Remmittance Dr<br>Suite 1499<br>Chicago, IL 60675-1499 |
| Kenrich Petrochemicals, Inc.<br>140 East 22nd Streeet<br>PO Box 32<br>Bayonne, NJ 07002-0032 | Leading Edge Protection<br>PO Box 1504<br>San Marcos, CA 92079 | LegalLink, Inc.<br>Po Box 277951<br>Atlanta, GA 30384 |
| MDC Environmental Services<br>PO Box 553915<br>Detroit, MI 48255-3915 | Meyer Steel Drum, Inc.<br>3201 South Millard Street<br>Chicago, IL 60623-5028 | MFC Resources, Inc.<br>One Maynard Drive<br>Park Ridge, NJ 07656 |

Michael W. Pinsof, P.C.
191 Waukegan Road
Suite 305
Winnetka, IL 60093

Midwest Rake
PO Box 1674
Warsaw, IN 46581-1674

Migliori Family Trust
DAUM Commercial Real Estate Svc
4400 MacArthur Blvd, 950
Newport Beach, CA 92660

Migliori Trust
4400 MacArthur Blvd
Suite 950
Newport Beach, CA 92660

Nexeo
62190 Collections Center Drive
Chicago, IL 60693-0621

Palmer Hollad
PO Box 71-5158
Columbus, OH 43271-5158

Pitney Bowes
PO Box 371887
Pittsburgh, PA 15250-7887

PolyGem, Inc.
PO Box 609
West Chicago, IL 60186

Quest Building Products, Inc.
1129 North Patt Sy
Anaheim, CA 92801

Resin Art
201 Old Airport Road
Fletcher, NC 28732

Scarinci & Hollenbeck
1100 Valley Brook Ave
PO Box 790
Lyndhurst, NJ 07071-0790

Simply Clean
PO Box 1073
Huntley, IL 60142

Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

State of California
Board of Equalization
PO Box 942874
Sacramento, CA 94279

Statman Harris & Eyrich LLC
200 West Madison
Suite 3820
Chicago, IL 60606

Statman Harris & Eyrich LLC
200 West Madison
Suite 3820
Chicago, IL 60606

Suburban Propane
4010 US Hwy 14
Crystal Lake, IL 60014-8299

The Brush Man
802 W Hickory
Mahomet, IL 61853

Thinnes Transport Inc.
Po Box 129
Algonquin, IL 60102

Tighe, Kress & Orr, PC
2001 Larkin Ave
Elgin, IL 60123

UPS
LockBox 577
Carol Stream, IL 60132

UPS
28013 Network Place
Chicago, IL 60673-1280

UPS Lockbox 577
Carol Stream, IL 60132-0577

USF Holland
27052 Network Place
Chicago, IL 60673-1270

Village of Huntley
10987 Main Street
Huntley, IL 60142

Vinicio Tresin
417 Forest Lane
Schaumburg, IL 60193

W Smith Cartage Co
7013 Sands Road
Crystal Lake, IL 60014

Wesley Enterprises
PO Box 1686
Bloomington, IL 61702

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | Chapter: | 11 |
| | ) | | |
| | ) | Case No. | 14-82603 |
| Crown Polymers, LLC, | ) | | |
| | ) | Judge: | Hon. Thomas M. Lynch |
| | ) | | |
| Debtor. | ) | | |

**SECOND AND FINAL FEE APPLICATION OF COUNSEL FOR DEBTOR FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Richard G. Larsen and the firm of SPRINGER BROWN, LLC, (the "Applicant"), counsel for the Debtor, pursuant to Section 330 and 331 of the Bankruptcy Code, 11 U. S. C. 101 et seq.(the "Code"), hereby applies to the Court for an order allowing compensation for professional services rendered and reimbursement of expenses incurred during the period of June 3, 2015 to August 19, 2015. In support hereof, the Applicant states as follows:

### INTRODUCTION

1. The Debtor filed its petition for relief under Chapter 11 of the United States Bankruptcy Code (the "Code") on August 22, 2014 under 11 U.S.C. §101 *et. seq.*

2. The Debtor was authorized to employ Richard G. Larsen and the firm of Springer Brown, LLC, as its bankruptcy counsel on October 1, 2015 retroactive to the date of filing of the case with any compensation to be approved by the Court upon application of the applicant.

3. During the period of August 22, 2014 through June 2, 2015, Richard Larsen and the firm of Springer Brown, LLC performed certain and necessary and valuable services on behalf of Crown Polymers, LLC. Springer Brown was awarded and paid interim compensation

2

for those services in the amount of **$30,525.00** and expense reimbursement in the amount of **$2,153.99**.

4. The Applicant seeks herein allowance of compensation and reimbursement of expenses of the period of June 3, 2015 to August 19, 2015 (the "Period") and is the second application by counsel for the Debtor. Applicants devoted **37 hours** of legal services during the period at a normal hourly rate of **$350.00**/hour for the time of Elizabeth A. Bates and Richard G. Larsen and **$285.00** for Joshua D. Green's normal hourly rate. The Applicant requests compensation in the amount of **$12,950.00** and reimbursement of ordinary and necessary expenses for the same period incurred in connection therewith in the amount of **$746.34**. A complete description of the services is attached as *Exhibit "A"*.

5. All services for which compensation is requested by your applicant were performed for or on behalf of said debtor in possession, and not on behalf of any committee, creditor or other person.

## SUMMARY OF SERVICES RENDERED

6. The Applicant represented and advised the Debtor on various matters related to the bankruptcy during the period. Applicant has identified and set forth six (6) categories of legal services. Each category contains a narrative of the matter involved, a general description of the tasks performed, detailed time records in chronological order with Applicant's time described therein, and the results achieved or the benefit to the estate. See In Re Wildman, 72 B.R. 700 (N.D.Ill, 1987); In Re Pettibone, 74 B.R. 293 (N.D. Ill., 1987); In Re Continental Illinois Securities Litigation, 962 F.2d 566 (7th Cir., 1992) The following is a summary of the services rendered in eight (8) categories of work as reflected on Exhibit A attached hereto.

**(a) Initial Case Review, Prepare Bankruptcy Petition, and 341(a) Meeting. Time expended 0 hours. Amount requested $-0-.**

3

The Applicant consulted with the Debtor about the possibilities of reorganizing the Debtor, and devised a strategy for the case. Also, the Applicant reviewed the Debtor's documents, drafted the Debtor's bankruptcy petition, and attended the Initial Debtor Interview as well as the Creditors meeting. This category also includes handling of day-to-day questions from Debtor and Creditors.

**(b) Initial Motions Filed in Case. Time expended 0 hours. Amount requested $ 0.**

The Applicant filed the initial motions in the case including the Motion to be hired and the Motion to Set a Bar Date. In addition, the Applicant monitored and amended the Service List for any additions for all subsequent Motions.

**(c) Motions to Approve of Use of Cash Collateral and related secured lender issues. Time expended 6.5. Amount requested $ 2,275.00.**

This category includes time spent in negotiating and obtaining cash collateral orders with the Debtor's primary secured lender, Fifth Third Bank. This also, includes time spent in negotiating and obtaining approval of DIP Financing from the acquiring entity, Crown Polymers Corporation.

**(d) Review of Monthly Operating Reports. Time expended .2 hours. Amount requested $70.00.**

The Applicant reviewed the Debtor's applicable monthly operating report for each month, and filed the same.

**(e) Prepare all motions and litigation to implement combined Plan and Disclosure Statement. All preparations and litigation related to the preparation of plan and disclosure statement and modifications. Time expended 24.70 hours. Amount requested $8,645.00.**

This category includes all time spent on reviewing and revising drafts and obtaining approval of the Plan and Disclosure Statement.

**(f) Preparation of Fee Application Petition for Applicant and other professionals. Time expended 5.6 hours. Amount requested $1960.00.**

The Applicant devoted 5 hours to the preparation of this application which complies with the guidelines established by this court in In Re Wildman, 72 B.R. 700 (N.D.Ill. 1987) and In Re Pettibone, 74 B.R. 293 (N.D. Ill., 1987). Applicant requests compensation for the preparation of this petition in accordance with In Re Nucorp Engery, Inc. 764 F.2d 655 (9th Cir.) which this district has adopted and which limits compensation for the preparation of a fee petition to 5 per cent of the total to be requested which this application complies with.

4

## EXPENSES

7. During the Period, the Applicant incurred $746.34 in expenses necessary to its representation of the Debtors. The amount requested for expenses, which are summarized on **Exhibit A,** is for actual and necessary expenses incurred.

8. The Applicant incurred the following expenses as evidenced on **Exhibit A** attached hereto:

## LEGAL STANDARD

9. Section 330 of the Code governs the allowability of fees and expenses for professionals employed in a bankruptcy case. Generally, professionals are entitled to (1) "reasonable compensation for actual, necessary services rendered..." and (2) "reimbursement for actual, necessary expenses." 11 U.S.C. Section 330.

10. All of the services rendered by Applicant were performed by Richard G. Larsen and Elizabeth A. Bates the rate of **$350.00** and Joshua D. Greene at the rate of **$285.00** per hour. Time records for such services are maintained on a contemporaneous basis, and are subsequently reviewed to eliminate apparently unproductive or insufficiently documented time charges. Time is recorded on a tenth-of-an-hour basis. Therefore, the charges for which compensation is sought represent actually spent, "hard-core" time devoted to this case.

11. The compensation rates charged by Counsel are comparable to those charged by other practitioners of similar standing, skill and experience in cases of equal complexity.

12. The services rendered by Applicant were necessary services that have benefited this estate by providing funds to distribute to creditors and enabling the Debtor in Possession to perform his statutory duties. The expenses incurred by Applicant were necessary expenses that substantially contributed to the recovery of the funds now comprising the estate.

13. Based upon the nature, extent and value of the services performed by Applicant and the cost of comparable services other than in a case under this Title, the reasonable compensation for such services is **$12,950.00**.

14. The Applicant incurred **$746.34** in expenses during the Period. This amount represents actual expenses incurred, which were necessary to the Applicant's representation of the Debtors.

15. At all times while employed as attorney for the Debtor, Counsel was a disinterested person, neither representing nor holding an interest adverse to the interest of this estate with respect to the matters on which Applicant was employed.

Wherefore, the Applicant prays that an allowance be made in the sum of **$12,950.00** on account as compensation for professional services rendered and that an allowance and authorization for payment be made in the sum of **$746.34** for reimbursement for actual and necessary costs and expenses incurred in this proceeding and that the balance of **$12,950.00** plus expenses of **$746.34** be payable immediately as an administrative expense in this case, and granting such other and further relief as this court deems just and proper in this proceeding.

/s/ Richard G. Larsen
One of his Attorneys

Richard G. Larsen
Springer Brown, LLC
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
630-510-0000
rlarsen@springerbrown.com