# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    14-82603 |
| CROWN POLYMERS, LLC | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| Debtor(s) | ) | |

### Order Allowing Final Fee Application of Special Counsel For Debtor For Allowance of Compensation

This matter coming to be heard upon the application of counsel ("Application") for the Debtor for reimbursement of fees and expenses; notice having been given; no objections having been heard; the court having reviewed the Application of applicant and having heard the statements of counsel being fully informed of the premises:

IT IS HEREBY ORDERED that Applicant is allowed interim compensation for services rendered in the sum of  $870.00.

IT IS FURTHER ORDERED that interim compensation is payable immediately.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated:  August 19, 2015

**Prepared by:**

Richard G. Larsen
Springer Brown, LLC
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
630-510-0000
rlarsen@springerbrown.com