UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-82603 |
| CROWN POLYMERS, LLC | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Allowing Second and Final Fee Application of Counsel For Debtor For Allowance of Compensation and Reimbursement of Expenses**

This matter coming to be heard upon the application of counsel ("Application") for the Debtor for reimbursement of fees and expenses; notice having been given; no objections having been heard; the court having reviewed the Application of applicant and having heard the statements of counsel being fully informed of the premises:

IT IS HEREBY ORDERED that Applicant is allowed compensation for legal services rendered in the sum of $12,950.00 and reimbursement of actual expenses incurred for the same period in the sum of $746.34.

IT IS FURTHER ORDERED  balance due of $12,950.00 plus expenses of $746.34 (Total - $13,696.34) is payable immediately.

Enter:

Honorable William V. Altenberger

Dated:  August 19, 2015                     United States Bankruptcy Judge

**Prepared by:**

Richard G. Larsen
Springer Brown, LLC
400 S. County Farm Rd., Ste. 330
Wheaton, Ill. 60187
630-510-0000
rlarsen@springerbrown.com