UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-82603 |
| CROWN POLYMERS, L.L.C., | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Thomas M. Lynch |
| Debtor(s) | ) | |

**FINAL DECREE CLOSING CASE PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 3022**

The Court having read and considered the "Status Report of Chapter 11 Plan Payments" (docket #167) jointly filed by Crown Polymers, L.L.C., the reorganized debtor herein and Crown Polymers Corporation, a Nevada corporation, and the Court having found that the "Third Amended Chapter 11 Plan Jointly Proposed by the Debtor and Crown Polymers Corporation, a Nevada Corporation" (docket #121) ("Plan") as amended by the Confirmation Order entered on July 17, 2015 (docket #162), has been substantially consummated, and good cause has been shown, it is hereby,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Debtor's Chapter 11 bankruptcy case is hereby closed.

2. To the extent not already paid, the fees required to be paid to the United States Trustee pursuant to 28 U.S.C. §1930(a)(6), if any, shall be paid as soon as reasonably practicable after the date of entry of this Order.

3. The Clerk of the Court shall enter this Order on the docket of the Debtor's bankruptcy case and thereafter may close this case.

4. Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon its entry.

5. This Court shall retain jurisdiction to construe and enforce the terms of this Order.

Enter:

United States Bankruptcy Judge

Dated: **AUG 2 1 2015**

**Prepared by:**
Richard G. Larsen
SPRINGER BROWN, LLC
400 S. County Farm Rd. Suite 330

Rev: 20130104_bko

Wheaton, Illinois 60187
Telephone: 630-510-0000
Facsimile: 630-510-0004
Email: rlarsen@springerbrown.com
Attorneys for Crown Polymers, L.L.C.,
the Debtor and Debtor in Possession

- and -

Leonard M. Shulman
SHULMAN HODGES & BASTIAN LLP
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone: 949-340-3400
Facsimile: 949-340-3000
Email: lshulman@shbllp.com

Attorneys for Crown Polymers Corporation, a Nevada
Corporation